IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | Chapter 11 |
| PS AMERICA, INC., | § | |
| | § | Case No. 09-37209 |
| Debtor. | § | |

## LIST OF CREDITORS HOLDING
## TWENTY LARGEST UNSECURED CLAIMS

The following is a consolidated list of the Debtor's creditors holding the largest unsecured claims. The list is prepared in accordance with FED. R. BANKR. P. 1007(d) for this chapter 11 case. The list does not include individuals who may be defined as "insiders" as set forth in 11 U.S.C. § 101. The list does not include secured claims, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

| Name of Creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
| --- | --- | --- | --- | --- |
| CCA Global Direct<br>PO Box 504093<br>Saint Louis, MO 63150-4093 | CCA Global Direct<br>PO Box 504093<br>Saint Louis, MO 63150-4093<br>800-446-6984 | Franchise Agreement | | $979,125 |
| BEAULIEU<br>PO Box 1447<br>Chatsworth, GA 30705 | BEAULIEU<br>PO Box 1447<br>Chatsworth, GA 30705<br>800-244-1109 | Trade Debt | | $889,651 |
| Mohawk Factoring Inc.<br>PO Box 91157<br>Chicago, IL 60693-1157 | Mohawk Factoring Inc.<br>PO Box 91157<br>Chicago, IL 60693-1157<br>800-427-4900 | Trade Debt | | $873,757 |
| CARPENTER CO.<br>PO Box 75252<br>Charlotte, NC 28275 | CARPENTER CO.<br>PO Box 75252<br>Charlotte, NC 28275<br>888-835-9229 | Trade Debt | | $440,085 |
| Shaw Industries Inc.<br>PO Box 116978<br>Atlanta, GA 30368 | Shaw Industries Inc.<br>PO Box 116978<br>Atlanta, GA 30368<br>706-275-5012 | Trade Debt | | $421,666 |
| EMSER TILE LLC<br>PO Box 69339<br>Los Angeles, CA 90069 | EMSER TILE LLC<br>PO Box 69339<br>Los Angeles, CA 90069<br>323-650-2000 | Trade Debt | | $376,988 |

WPB 382077904v1

| Name of Creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| DALTILE<br>Acct. 208234<br>5601 Venice Avenue NE<br>Albuquerque, NM 87113 | DALTILE<br>Acct. 208234<br>5601 Venice Avenue NE<br>Albuquerque, NM 87113<br>214-309-4929 | Trade Debt | | $291,875 |
| MASLAND CARPETS<br>PO Box 277541<br>Atlanta, GA 30384-7541 | MASLAND CARPETS<br>PO Box 277541<br>Atlanta, GA 30384-7541<br>800-633-0468 | Trade Debt | | $232,459 |
| Readers Wholesale Dist. Inc.<br>PO Box 2407<br>Houston, TX 77252-2407 | Readers Wholesale Dist. Inc.<br>PO Box 2407<br>Houston, TX 77252-2407<br>800-766-0001 | Trade Debt | | $220,605 |
| Happy Floors<br>180 N.W. 183 Street<br>Suite 102<br>Miami, FL 33169 | Happy Floors<br>180 N.W. 183 Street<br>Suite 102<br>Miami, FL 33169<br>800-432-2115 | Trade Debt | | $205,791 |
| BUILDING PLASTICS, INC.<br>P.O. Box 405300<br>Atlanta, GA 30384-5300 | BUILDING PLASTICS, INC.<br>P.O. Box 405300<br>Atlanta, GA 30384-5300<br>800-621-9810 | Trade Debt | | $185,554 |
| T & L Distributing Co., Inc.<br>PO Box 431709<br>Houston, TX 77243-1709 | T & L Distributing Co., Inc.<br>PO Box 431709<br>Houston, TX 77243-1709<br>800-888-0601 | Trade Debt | | $179,524 |
| JJ HAINES & COMPANY, INC.<br>P.O. Box 631771<br>Baltimore, MD 21263-1771 | JJ HAINES & COMPANY, INC.<br>P.O. Box 631771<br>Baltimore, MD 21263-1771<br>410-762-5644 | Trade Debt | | $131,824 |
| STANTON CARPET CORP.<br>211 Robbins Lane<br>Syosset, NY 11791 | STANTON CARPET CORP.<br>211 Robbins Lane<br>Syosset, NY 11791<br>800-452-4474 | Trade Debt | | $118,366 |
| U S Floors<br>PO Box 100258<br>Atlanta, GA 30384 | U S Floors<br>PO Box 100258<br>Atlanta, GA 30384 | Trade Debt | | $112,211 |
| Custom Wholesale Floors Inc.<br>2655 Dawin Road North<br>Jacksonville, FL 32207 | Custom Wholesale Floors Inc.<br>2655 Dawin Road North<br>Jacksonville, FL 32207<br>904-421-5033 | Trade Debt | | $106,347 |
| Gulistan Carpet<br>PO Box 651355<br>Charlotte, NC 28265-1355 | Gulistan Carpet<br>PO Box 651355<br>Charlotte, NC 28265-1355<br>800-786-5771 | Trade Debt | | $102,943 |
| KRAUS SORCE CLARION, PA<br>P.O. Box 704<br>Clarion, PA 16214 | KRAUS SORCE CLARION, PA<br>P.O. Box 704<br>Clarion, PA 16214<br>800-265-2786 | Trade Debt | | $89,832 |

WPB 382077904v1

| Name of Creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| OHIO VALLEY FLOORING<br>5555 Murray Avenue<br>Pandora Blankenship<br>Acct #115297724<br>Cincinnati, OH 45227 | OHIO VALLEY FLOORING<br>5555 Murray Avenue<br>Pandora Blankenship<br>Acct #115297724<br>Cincinnati, OH 45227<br>800-955-7228 | Trade Debt | | $87,811 |
| WILLIAM M BIRD<br>Dept #40086<br>PO Box 740209<br>Atlanta, GA 30374 | WILLIAM M BIRD<br>Dept #40086<br>PO Box 740209<br>Atlanta, GA 30374<br>843-746-5765 | Trade Debt | | $85,616 |

3

Signed: September **30**, 2009                    By: _____
                                                          Name: James W. Traweek
                                                          Title: Chief Executive Officer

WPB 382,077,904v1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| PS AMERICA, INC., | § | |
| | § | Case No. 09-37209 ( ) |
| Debtor. | § | |

### CERTIFICATION CONCERNING LIST OF CREDITORS HOLDING TWENTY LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case, hereby certifies under penalty of perjury that the *List of Creditors Holding Twenty Largest Unsecured Claims*, submitted herewith, is complete and to the best of Debtor's knowledge, is true and correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of Creditors Holding Twenty Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed this 30 day of September, 2009.

Signature _____
By: James W. Traweek
Title: Chief Executive Officer

WPB 382,077,904v1