IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| PS AMERICA, INC., § | |
| § | Case No. 09-37209 |
| Debtor. § | |

## LIST OF EQUITY HOLDERS

| Name and Address of Equity Holder(s) | % Interest |
|---|---|
| James W. Traweek<br>836 Ellwood Ave.<br>Orlando FL 32804 | 39.3597% |
| John T. Marett<br>1600 N E Dixie Hwy<br>Bldg 5, Unit 101<br>Jensen Beach FL 34957 | 29.4718% |
| Arthur Malman<br>1165 Park Ave, Apt 2B<br>New York, NY 10128-1210 | 8.0901% |
| Martin Major<br>25 Chestnut Hill Road<br>Briarcliff Manor, NY 10510 | 8.0901% |
| Craig R Marett<br>160 Grim Road<br>Volant, PA 16156 | 5.8782% |
| Rickey Newbern<br>4112 Polstar Dr.<br>Plano, TX 75093 | 4.2925% |
| Wallace L Cunningham<br>117 E Leasure Ave.<br>New Castle, PA 16101 | 1.6766% |

| Name and Address of Equity Holder(s) | % Interest |
|---|---|
| Anthony Minniti<br>485 Lambert Road<br>Orange, CT  06477 | 0.7878% |
| Richard J. Murray, Jr.<br>500 Station Street<br>Bridgeville, PA 15017 | 0.3939% |
| David B. Murray<br>500 Station Street<br>Bridgeville, PA 15017 | 0.3939% |
| James L. Murray<br>500 Station Street<br>Bridgeville, PA 15017 | 0.3939% |
| John R. Murray<br>500 Station Street<br>Bridgeville, PA 15017 | 0.3939% |
| Thomas W. Murray<br>500 Station Street<br>Bridgeville, PA 15017 | 0.3939% |
| Deborah J. McCall<br>500 Station Street<br>Bridgeville, PA 15017 | 0.3939% |

WPB 382077904v1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| PS AMERICA, INC., | § § | Case No. 09-37209 (    ) |
| Debtor. | § | |

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

PS America, Inc., the debtor and debtor-in-possession (the "Debtor") in the above captioned case, hereby certifies under penalty of perjury that the list submitted herewith, pursuant Fed. R. Bankr. P. 1007(a)(3), formatted in portable document format, containing the *List of Equity Security Holders* of the Debtor, is complete and to the best of the Debtor's knowledge, is true and correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed this 30 day of September, 2009.

Signature _____
By: James W. Traweek
Title: Chief Executive Officer

WPB 382,077,904v1