## **EXHIBIT "C"**

Budget

*WPB 382078568v1*

**PS AMERICA, INC.**
DIP Funding Projections
Updated for week ending:

| | 10/5/09 TO 10/9/09 Week 1 fcst | 10/12/09 TO 10/16/09 Week 2 fcst | 10/19/09 TO 10/23/09 Week 3 fcst | 10/26/09 TO 10/30/09 Week 4 fcst | 11/2/09 TO 11/6/09 Week 5 fcst | 11/9/09 TO 11/13/09 Week 6 fcst | 11/16/09 TO 11/20/09 Week 7 fcst | 11/23/09 TO 11/27/09 Week 8 fcst | 11/30/09 TO 12/4/09 Week 9 fcst | 12/7/09 TO 12/11/09 Week 10 fcst | 12/14/09 TO 12/18/09 Week 11 fcst | 12/21/09 TO 12/25/09 Week 12 fcst | 12/28/09 TO 1/1/10 Week 13 fcst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | $ - | $(1,413,200) | $(2,213,700) | $(2,678,075) | $(2,770,775) | $(1,843,275) | $ (471,025) | $ (57,650) | $ 1,139,100 | $ 713,900 | $ 1,068,900 | $ 843,900 | $ (33,600) |
| **Cash outflows:** | | | | | | | | | | | | | |
| Payroll-pre | | | | (140,000) | | | | | | | | | |
| Payroll-post | (100,000) | | (365,000) | | (365,000) | | (505,000) | | (365,000) | | (505,000) | | (390,000) |
| Prepaid rent | (330,200) | | | | | | | | | | | | |
| Monthly rent | | | | (330,200) | | | | | (330,200) | | | | (330,200) |
| Rental Real Estate Taxes | | | | | | | | (67,000) | | | | | |
| Prepaid utilities | | (320,000) | | | | | | | | | | | |
| Monthly utilities | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) |
| Supplier-20 day pre | (680,000) | (680,000) | - | | | | | | | | | | |
| Supplier-20 day pre-last 3 days | (350,000) | (350,000) | - | | | | | | | | | | |
| Supplier-post | (683,000) | (2,048,000) | (1,365,000) | (1,365,000) | (341,250) | (341,250) | (341,250) | (341,250) | (1,365,000) | (1,365,000) | (1,365,000) | (1,365,000) | (1,365,000) |
| Credit Card Fees-Post | (15,000) | | | | (110,000) | | | | (110,000) | | | | |
| Referral Fees - Pre | (105,000) | (35,000) | (35,000) | (35,000) | (25,000) | (25,000) | (25,000) | (15,000) | (15,000) | (15,000) | (15,000) | (10,000) | (10,000) |
| Referral Fees - Post | - | - | | (17,500) | (26,250) | (31,500) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) |
| Sales Tax | | | (165,375) | | | | (375,375) | | | | | (427,500) | |
| Royalties - CCA Global | | | | | | | (100,000) | | | | (100,000) | | |
| Adv, Supplies, Insur, etc | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) |
| Chief Restruction Officer | | (25,000) | | (25,000) | | (25,000) | | (25,000) | | (25,000) | | (25,000) | |
| Legal fees | | | | (115,000) | | | | (115,000) | | | | | (115,000) |
| Total cash outflow | (2,358,200) | (3,553,000) | (2,165,375) | (1,982,700) | (962,500) | (517,750) | (1,476,625) | (693,250) | (2,315,200) | (1,535,000) | (2,115,000) | (1,957,500) | (2,340,200) |
| **Cash inflows:** | | | | | | | | | | | | | |
| Store deposits | 875,000 | 1,312,500 | 1,575,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,000,000 | 1,000,000 |
| Store deposits - Pre | | 435,000 | | | | | | | | | | | |
| Store deposits - Pre | | | 900,000 | - | | | | | | | | | |
| Referral Fees | 17,500 | 26,250 | 31,500 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 20,000 | 20,000 |
| Sales Tax | 52,500 | 78,750 | 94,500 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 60,000 | 60,000 |
| Total cash inflow | 945,000 | 2,752,500 | 1,701,000 | 1,890,000 | 1,890,000 | 1,890,000 | 1,890,000 | 1,890,000 | 1,890,000 | 1,890,000 | 1,890,000 | 1,080,000 | 1,080,000 |
| **Net weekly cashflow** | $(1,413,200) | $ (800,500) | $ (464,375) | $ (92,700) | $ 927,500 | $ 1,372,250 | $ 413,375 | $ 1,196,750 | $ (425,200) | $ 355,000 | $ (225,000) | $ (877,500) | $(1,260,200) |
| **Ending cash balance** | $(1,413,200) | $(2,213,700) | $(2,678,075) | $(2,770,775) | $(1,843,275) | $ (471,025) | $ (57,650) | $ 1,139,100 | $ 713,900 | $ 1,068,900 | $ 843,900 | $ (33,600) | $(1,293,800) |
| Weekly Sales | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | 1,000,000 | 1,000,000 |