

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**
**10/02/2009**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| PS AMERICA, INC., | § | |
| | § | Case No. 09-37209 (MI) |
| Debtor. | § | |

## ORDER EXTENDING THE TIME TO FILE SCHEDULES
## AND STATEMENT OF FINANCIAL AFFAIRS
### [Relates to Docket No. 6]

The Court has considered the *Emergency Motion Seeking Extension of Time to File Schedules and Statements of Financial Affairs* (the "Motion")[1] filed by the above-referenced debtor (the "Debtor"). The Court finds that (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b), (b) this is a core proceeding pursuant to 28 U.S.C. § 1 57(b)(2), (c) the relief requested in the Motion is in the best interests of the Debtor and its estate, creditors and equity security holders, (d) proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary, and (e) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore, it is

**ORDERED** that pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure, the time by which the Debtor must file its Schedules is extended through and including October 31, 2009, without prejudice to the Debtor's right to seek further extensions upon a showing of cause therefor.

Dated: _10 / 2_____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.
WPB 382,077,923v1