**EXHIBIT B**

**POTENTIAL PARTIES-IN-INTEREST**

| **Debtor** | |
|---|---|
| PS America, Inc. | |

| **Lender** | |
|---|---|
| FirstMerit Bank, N.A. | |

| **Top 20 Creditors** | |
|---|---|
| Beaulieu | Building Plastics, Inc. |
| Carpenter Co. | Custom Wholesale Floors Inc |
| Daltile | Dixie Home |
| Elias WILF Corp. | Emser Tile LLC |
| Gulistan Carpet | Happy Floors |
| Kraus Source of Clarion, PA | Masland Carpets |
| Mohawk Factoring Inc. | Ohio Valley Flooring |
| Readers Wholesale Dist. Inc. | Shaw Industries Inc. |
| Stanton Carpet Corp. | T & L Distributing Co., Inc. |
| U S Floors | William M. Bird |

| **Creditors** | |
|---|---|
| Bank of America | Capital One |
| First Community | First National Bank |
| Leading Edge Marketing Inc. | PNC Bank |
| RBC Bank | |

| **Equity Holders** | |
|---|---|
| Cunningham, Wallace L. | Murray, David B. |
| Major, Martin | Murray, James L. |
| Malman, Arthur | Murray, John R. |
| Marett, Craig R. | Murray, Richard J., Jr. |
| Marett, John T. | Murray, Thomas W. |
| McCall, Deborah J. | Newbern, Rickey |
| Minniti, Anthony | Traweek, James W. |

| **Officers** | |
|---|---|
| Abbott, John | Adkins, Diane |
| Hilton, Robert | Marett, John |
| Marett, Kevin | Nesbitt, William, Jr |
| Newbern, Rickey | Pritchard, William |
| Traweek, James | Tremain, Michael |
| Yates, Stephen | |

| Landlords | |
|---|---|
| 330 Fairfield Avenue, LLC | Atlantic Business Center L.C. |
| Boca Industrial Park, Ltd. | Brobel GP |
| Childress Klein Properties | Dover Properties Two, LLC |
| Downtown Investment Properties, LLC | Drexel Burnham Lambert Real Estate Associates I |
| Greenpoint, LLC | Hock/Bavar Stayton II Joint Venture, LLC |
| J.P. Gaillard, III | Lamesa Properties, Limited |
| Liberty Property Limited Partnership | Mattei Realty Corp. |
| Merritt-038, LLC | OMRLV Properties LLC |
| Parham Forest Associates | PS Buildings, Ltd. |
| Sharon G. Corp. | St. John Properties, Inc. |
| The Foundry Federal, LLC | Vista, L.P. |
| YBWSC Property, LLC | |

| Parties-in-Interest | |
|---|---|
| CCA Global Group | |

| Utilities | |
|---|---|
| Affordable | Alabama Power |
| All American Waste, LLC | Allegheny Power |
| Allegheny Power - Last Unit | Allied Waste Services |
| American Electric | Armstrong Cable |
| Artesian Water Company | AT & T |
| BGE | Centerpoint Energy |
| City Carting & Recycling | City of Bartlett |
| City of Columbus | City of Greensboro |
| City of Houston | City of Longwood |
| City of Raleigh | City of Richmond |
| City of Riverara Beach | City of Tampa |
| City of Webster | Columbia Gas |
| Connecticut Power | Consolidated Communications |
| Cook & Young Inc | CPS Energy |
| Cranberry Township | Delmarva Power |
| Direct Energy Services | Dominion |
| Dominion Gas | Dominion Virginia Power |
| Duke Energy | Duquesne Light |
| EMBARQ | Entergy |
| First Energy | Fort Bend County Water |
| FPL | Gexa Energy |
| Greenville Water System | Integrys |
| JEA | Jefferson Parish |
| KUB | MCUCS |
| Memphis Light, Gas & Water | Metro Water Services |
| Mobile Area Water | Mobile Gas |

| Utilities | |
|---|---|
| Nashville Electric | Nevada Power |
| New Mexico Gas Company | Ohio Edison |
| One Communications | One Communications |
| PAWC | PECO |
| Penn Power | Pepco / Gexa Energy |
| Piedmont Natural Gas | PNM |
| Progress Energy | PSNC |
| Qwest | Qwest - LD |
| Qwest - POM | Qwest - PRN |
| Qwest (US WEST) | Regional Water |
| Republic Services | Republic Waste |
| Republic Waste Service | Rumpke |
| San Antonio Water System | SCG |
| Southern Montgomery Co | TECO |
| Tri County | UI |
| VERIZON | Vogel |
| Volant Boro | Washington Gas |
| Waste Connections of TN, Inc | Waste Management |
| Windstream | Youngstown Water |

| Employees | |
|---|---|
| Abbott, John | Adkins, Diane |
| Alarcon, Paola | Aljets, Eric |
| Anderson, Trish | Andrews, Chance "Nicki" |
| Aoun, David | Arthur, Brian |
| AyalavDawin | Balanzategui, Carlos |
| Barrett, Terri | Barstow, Debra |
| Benton, Brian | Bhowanidin, Sharda |
| Boozer, Clinton | Bosley, Chad |
| Bourne, Trisha | Brady, Gayle |
| Brault, Jessica | Brezovsky, Paul Jr. |
| Brito, Rafael | Browder, James |
| Brown, Marvin | Bruzdewicz, Timothy |
| Burns, Melissa | Burns, Nickie |
| Buzzacco, Dominic | Byers, Dora |
| Camera, Tony | Campbell, Dorothy |
| Canada, Shawn | Carlton, Chad |
| Carlton, Kevin | Cascaden, Dana |
| Cercy, Christy | Christiansen, Samantha |
| Cleaveland, Robert | Cohen, Michael |
| Collins, Balinda | Conroy, Adam |
| Coomer, Andrew | Cooper, Karen |
| Costanzo, Susan | Courchaine, Joel |
| Crandal, Steven | Crawford, Jenny |

| Employees | |
|---|---|
| Cronin, Jessica | Crossman, Mark |
| Crouch, Melinda | Cusumano, Nicholas |
| Daigle, Tammy | DeCicco, Katie |
| DePreta, Larry | Derwin, Mike |
| Deshuk, Peter | Despas, Larry |
| Devito, David | Dillon, Jonathan |
| DiPietro, Courtney | Dipinto, Michele |
| Dorion, Magally | Dowe, Joshua |
| Downer, Robert Jr. | Draper, Robert Jr. |
| Duffield, Meghan | Duque, Allison |
| Duque, Cilia | Edwards, Kimberly |
| Elliott, Ricardo | Ellis, Donald |
| Ellison, Larry | Eperthener, Diana |
| Eubanks, Stephen | Evans, Lisa |
| Fair, Kathleen | Fanelli, Frank |
| Ferguson, Timothy | Fiordelisi, Angelo |
| Fisher, Steven | Fox, Jon |
| Frederick, Kellye | Fulford, Larry |
| Gallegos, Daniel | Gandy, Thomas |
| Gardiner, Billie Jeanne | Gardinier, Megan |
| Gardner, Malinda | Garman, David |
| Germroth, David | Gies, Todd |
| Golas, Joseph | Goldie, James |
| Goodloe, April | Graham, Charles |
| Griffin, Eric | Grzybowski, Christopher |
| Hall, Charles (Rick) | Hammitt, Carolyn |
| Harrison, Randall | Heacock, Todd |
| Henson, Olivia | Hernandez, Juan |
| Hilton, Robert | Hinkley, Daniel |
| Hinsley, Michael | Honey, Jeff |
| Howton, Stefanie | Hoydic, James |
| Huerta, Macimiano Jr. | Hughes, Brandy |
| Humphrey, William | Jackson, Mark |
| Joissin, Gustave "Rod" | Jones, Jason |
| Jorgensen, Matthew | Jorjorian-Furcho, Amanda |
| Kass, Jennifer | Keck, Kevin |
| Kennedy, Cheryl | Kenny, Michael |
| King, Candice | Knieriemen, Charles |
| Krzanowski, David | Kulmann, Charles |
| Labra, Conrado | Ladesic, Grace |
| Lanford, James | Lara, Juan |
| Lebeda, Robert | Lechner, Paul |
| Lenhardt, Ann Marie | Lewis, Jason |
| Lilley, Casey | Liquori, Charles |

| Employees | |
|---|---|
| Lopes, Michael | Lubin, David |
| Machika, Cathleen | Mahler, Tammy |
| Maietta, David | Mankin, Drew |
| Manning-Bolis, Lori | Marangoni, Vincent |
| Marett, John | Marett, Kevin |
| Marsico, Deborah | Matthews, Amy |
| Mauzey, Michael | Mazareigos, Wilfrido |
| McAnelly, Damon | McCormick, William "Mason" |
| McIlwain, Buffie | McNutt, David |
| McQuiston, Lovada | Mecannic, Robert |
| Medina, Michelle | Metzger, Robert |
| Meyerv, Jaqueline | Miller, Andrew |
| Miller, Glenn | Miller, Sandra |
| Moises, Marco | Montez, Manuel |
| Montgomery, Tricia | Moore, Julie |
| Musgrove, Jo "Caron" | Nagle, Sandra |
| Narvaez, Adrian | Nesbitt, William Jr. |
| Newbern, Rickey | Nichols, Brian |
| Nite, Krystal | Noble, Kimberly |
| Norris, Amy | Norris, Thomas |
| O'Connor, John | Olmedo, Jorge |
| Ontiberoz, Jeff | Orcutt, Amber |
| Osorio, Heriberto "Eddie" | Ostrow-Shea, K Shayne |
| Parramore, Ramon | Parsons [Shuler] Valerie |
| Penn, Michael | Perrone, William |
| Phillips, Jeneen | Poff, Terry |
| Poyer, Eric | Pritchard, William |
| Quiles, Migdalia | Raines, Kelly |
| Rambeau, Robin | Reed, Vanessa |
| Reyes, Andres | Ridge, Michael |
| Rivera, Ignacio 'Kiko' | Robbins, Sharon |
| Robison, Amanda | Rocco, Jr, John |
| Rodriguez, Katherine | Rogers, Sonja |
| Rossi, Ronda | Rupert, Dana |
| Scheihing, Kevin | Schmidt, Christian |
| Schulman, Jeremy | Schulman, Stephanie |
| Seaburn, Melanie | Sexton, David |
| Shaw, Steven | Shelton, Melanie |
| Slayton, Julie | Smith, Christian |
| Smith, Louis | Smith, Michael |
| Sorel, Arthur | Squires, Christopher |
| Sroufe, Paul | Stafford, Jason |
| Stanley, Melanie | Stark, Justin |
| Steckler, Cory | Steed, Kimberly |

| **Employees** | |
|---|---|
| Stelter, Marcy | Steptoe, Reginald |
| Stoner, Anne | Stoykovich, Eron |
| Suarez, Erika | Sullivan, John |
| Sunseri, Ryan | Taormina, Angelo |
| Tarlton, Kristin | Tartaglia, Steve |
| Taylor, Savannah | Taylor, Stefanie |
| Tayman, Phillip | Teterus, Thomas |
| Thornton, Redonda | Till, Barbara |
| Torres, Rubin | Traweek, James |
| Tremain, Michael | Troya, Marco |
| Vehling, Sara | Velgrube, Jana |
| Velit, Scott | Veltrop, Karin |
| Ventura, Michael | Vosdingh, Steve |
| Wade, Cornelius | Waibel, Susan |
| Walker, Stefanie | Wallak, Joseph |
| Weh, Jensen | Weiner, Brian |
| West, Beverly | West, Kelessa "Summer" |
| Whyte, Kathleen | Wilder, Mandison |
| Williams, Woody | Wilson, Gwendolyn |
| Wimer, William "Paul" | Woodard, Angela |
| Worrell, Cory | Wulff, Kathy |
| Wycoff, Wade | Yallaly, James |
| Yates, Stephen | Young, Steven |