**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| PS AMERICA, INC., § | |
| § | Case No. 09-37209 (MI) |
| Debtor. § | |

**NOTICE OF PROPOSED AGENDA FOR**
**HEARING ON OCTOBER 7, 2009 AT 2:00 P.M. (PREVAILING CENTRAL TIME)**

A. Emergency Motion of the Debtor for Entry of Bridge and Final Orders Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 39]

Response Deadline: N/A

Status:  Going forward

Related Documents:

1. Declaration of Richard A. Harmon in Support of Emergency Motion of the Debtor for Entry of Bridge and Final Orders Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 39, attachment 4]

2. Proposed Bridge Order [Docket No. 39, attachment 2]

3. Proposed Final Order [Docket No. 39, attachment 3]

B. Debtor's Application for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for (A) Authority to Retain HG, INC. Effective October 1, 2009, to Provide Chief Restructuring Officer and Additional Personnel and (B) Appointing Richard A. Harmon as Debtor's Chief Restructuring Officer [Docket No. 42]

Response Deadline: N/A

Status: Going forward

Related Documents:

1. Declaration of Richard A. Harmon in Support of Debtor's Application for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for (A) Authority to Retain HG, INC. Effective October 1, 2009, to Provide Chief Restructuring Officer and Additional Personnel and(B) Appointing Richard A. Harmon as Debtor's Chief Restructuring Officer [Docket No. 42, attachment 1]

2. Proposed Order [Docket No. 42, attachment 5]


Dated:  October 6, 2009

Respectfully Submitted,

GREENBERG TRAURIG, LLP

 /s/ Maggie D. Conner
Shari L. Heyen
State Bar No. 09564750
Federal Bar No. 13664
Maggie D. Conner
State Bar No. 24038429
Federal Bar No. 38925
1000 Louisiana , Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505
E-mail:  heyens@gtlaw.com
E-mail:  connerm@gtlaw.com

*Proposed Counsel for PS America, Inc.*