| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 09-37209(MI) |
|---|---|---|---|
| Debtor | In Re: | PS AMERICA, INC. | |

This lawyer, who is admitted to the State Bar of _____ MISSOURI _____ :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | DAVID A. LANDER<br>THOMPSON COBURN LLP<br>ONE US BANK PLAZA, STE 2600<br>ST. LOUIS, MO 63101<br>314-552-6067<br>MO20828 |
|---|---|

Seeks to appear as the attorney for this party:

| PHOENIX WHOLESALE, LLC | |
|---|---|
| Dated: 10/2/09 | Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__ . |
|---|
| Dated: 10/7/09   Signed: _____ Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                            United States Bankruptcy Judge