**<u>Exhibit A</u>**

**Heyen Affidavit**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| PS AMERICA, INC., | § | |
| | § | Case No. 09-37209 (MI) |
| Debtor. | § | |

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) ss: |
| COUNTY OF HARRIS | ) |

**AFFIDAVIT OF SHARI L. HEYEN**

I, Shari L. Heyen, being duly sworn, depose and say:

1.      I am a shareholder at the law firm of Greenberg Traurig, LLP ("Greenberg Traurig"), which maintains offices for the practice of law, including at 1000 Louisiana, Suite 1700, Houston, Texas 77002.  I submit this affidavit on behalf of Greenberg Traurig in support of the application (the "Application")[1] of the above-captioned debtor and debtor in possession (the "Debtor") in the above-referenced Chapter 11 Case (the "Case"), for entry of an Order, pursuant to 11 U.S.C. §§ 327(c) and 328(a) and Federal Rules of Bankruptcy Procedure 2014 and 2016, authorizing the retention and employment of the law firm of Greenberg Traurig, LLP ("Greenberg Traurig"), as counsel for the Debtor effective, as of September 30, 2009 (the "Affidavit").  Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[2]

---

[1]  Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.
[2]  Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Greenberg Traurig and are based on information provided by and to them.

## QUALIFICATIONS OF GREENBERG TRAURIG, LLP

2.      Greenberg Traurig maintains an office for the practice of law in Houston, Texas, where this Case is pending and has extensive experience appearing before the courts in this district.   In addition, Greenberg Traurig has substantial experience representing debtors in reorganization cases.   Greenberg Traurig is an international law firm with more than 1,800 attorneys in 30 offices.   The members of the firm practice in almost every practice area, including bankruptcy, workouts, litigation, business, international trade, employment, tax, labor, corporate, and commercial law.

## GREENBERG TRAURIG DOES NOT HOLD OR
## REPRESENT ANY ADVERSE INTEREST TO THE DEBTOR

3.      To the best of my knowledge and information after due inquiry, Greenberg Traurig does not hold or represent any interest adverse to the Debtor.   As more fully described hereinafter, Greenberg Traurig maintains a computer client database (the "Client Database") containing the names of all of Greenberg Traurig's current and former clients and, where practical, the known affiliates of those clients.   In connection with preparing this Affidavit, I caused to be submitted to, and checked against, that Client Database all of the following information:   (a) the Debtor; (b) the Debtor's secured creditors; (c) the Debtor's known officers and directors; (d) the Debtor's professionals in this Case; (e) the entities indentified in the Debtor's creditor matrix; and (f) the U.S. Trustee's Office for this Region (collectively, the "Potentially Interested Parties").   A list of the Potentially Interested Parties is attached hereto as Exhibit 1.   Greenberg Traurig compared the names of the Potentially Interested Parties against the Client Database.   The Debtor understands that Greenberg Traurig is still in the process of comparing the Potentially Interested Parties to the Client Database, as the identity of additional

WPB 382081694v2

Potentially Interested Parties becomes known, and will supplement this Affidavit to the extent necessary.

4.      This inquiry revealed that certain of the Potentially Interested Parties are current or former Greenberg Traurig clients (the list of such clients is attached hereto as Exhibit 2 and is incorporated herein by reference, and is referred to herein as the "Client Match List").  Through the information generated from the above-mentioned computer inquiry, and to the extent necessary, through follow-up inquiries with Greenberg Traurig attorneys responsible for certain clients listed on the Client Match List, except as disclosed herein, Greenberg Traurig determined that the representation of those clients on the Client Match List concerned matters unrelated to the Debtor or this Case.

5.      Through a firm wide e-mail, Greenberg Traurig also solicited information from its attorneys to determine if any attorneys employed by Greenberg Traurig are related to the Honorable Bankruptcy Judge presiding over the Case, the United States Trustee for Region 7, or any person employed in the Houston office of the United States Trustee.  No such connections have yet been discovered.  In the event that any additional information is received, Greenberg Traurig will supplement this Affidavit to the extent necessary.

6.      Greenberg Traurig maintains and systematically updates its Client Database in the ordinary course of business, and it is the regular practice of Greenberg Traurig to make and maintain these records.  The Client Database maintained by Greenberg Traurig is designed to include every matter on which Greenberg Traurig is now or has been engaged, the entity by which Greenberg Traurig is now or has been engaged and, in each instance, the identity of related parties and adverse parties and the attorney at Greenberg Traurig that is knowledgeable about the matter.  It is the policy of Greenberg Traurig that no new matter may be accepted or

3

opened without completing and submitting to those charged with maintaining the Client Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties.  Accordingly, the Client Database is regularly updated for every new matter undertaken by Greenberg Traurig.

7.      As expected, with approximately 1,800 lawyers internationally, Greenberg Traurig necessarily has connections with certain creditors and other parties-in-interest.   In addition,  Greenberg Traurig and certain of its shareholders, counsel and associates may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest of the Debtor in connection with matters unrelated to the Debtor or this Case.  Moreover, Greenberg Traurig appears in many cases, proceedings, and transactions involving different attorneys, financial consultants and investment bankers, some of which may now or in the future represent the Potentially Interested Parties or other parties-in-interest in this Case.  From time to time, Greenberg Traurig will review its disclosures in this Case and in the event that additional material connections are discovered, Greenberg Traurig will disclose such information to the Court on notice to parties-in-interest and the United States Trustee.

8.      None of Greenberg Traurig's representations of parties-in-interest in this Case comprise a material component of Greenberg Traurig's practice, nor does it represent such parties on any issue relating to the Debtor's estate.

## SCOPE OF EMPLOYMENT

9.      The Debtor anticipates that Greenberg Traurig may render the following services in this Case:

> a.      providing legal advice with respect to the Debtor's powers and duties as debtor in possession in the continued operation of its business and management of its property;

b.      negotiating, drafting, and pursuing all documentation necessary in the Case as determined in conjunction with Greenberg Traurig;

c.      preparing on behalf of the Debtor all applications, motions, answers, orders, reports, and other legal papers necessary to the administration of the Debtor's estate;

d.      appearing in Court and protecting the interests of the Debtor before the Court;

e.      assisting with any disposition of the Debtor's assets, by sale or otherwise;

f.      attending all meetings and negotiating with representatives of creditors, the United States Trustee, and other parties-in-interest;

g.      providing legal advice regarding bankruptcy law, corporate law, corporate governance, securities, employment, real estate, transactional, international trade, tax, labor and other issues to the Debtor in connection with the Debtor's ongoing business operations; and

h.      performing all other legal services for, and providing all other necessary legal advice to, the Debtor which may be necessary and proper in this Case.

## PROFESSIONAL COMPENSATION

10.     Greenberg Traurig intends to apply for compensation for professional services rendered in connection with this Case subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the Bankruptcy Local Rules for the Southern District of Texas, and Orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Greenberg Traurig. The principal attorneys proposed to act as counsel to the Debtor are:

| Professional | Rate Per Hour |
|---|---|
| Scott Cousins | $685 |
| Shari L. Heyen | $615 |
| Sandra Selzer | $475 |
| Denis Meloro | $455 |
| Maggie Conner | $325 |
| Max Riffin | $275 |
| Gail Jamrok (Paralegal) | $200 |

5

Other attorneys and paralegals will render services to the Debtor as needed.   Generally, Greenberg Traurig's hourly rates are in the following ranges:

| Professional | Rate Per Hour |
|---|---|
| Shareholders | $450 to $1050 |
| Of Counsel | $450 to $900 |
| Associates | $275 to $575 |
| Legal Assistants/Paralegals | $180 to $310 |

11.     The Debtor understands that the hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.

12.     The hourly rates set forth above are Greenberg Traurig's standard hourly rates for work of this nature.   Greenberg Traurig's standard hourly rates are set at a level designed to fairly compensate Greenberg Traurig for its work and to cover fixed and routine overhead expenses.   It is Greenberg Traurig's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.   The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs, as well as non-ordinary overhead expenses such as overtime for secretarial personnel and other staff.   Greenberg Traurig will charge the Debtor's estate for these expenses in a manner and at rates consistent with charges made generally to Greenberg Traurig's clients.   Greenberg Traurig believes that these expenses should fairly be charged to the clients incurring them rather than to increase the hourly rates and spread the expenses among all clients.   In addition, Greenberg Traurig intends to seek compensation for all time and expenses associated with its retention in accordance with Sections 330 and 331 of the Bankruptcy Code and any orders of this Court,

6

including the preparation of the Application, this Affidavit, and related documents, as well as any monthly fee statements or interim or final fee applications.

13.     Other than as set forth herein, there is no proposed arrangement to compensate Greenberg Traurig.  Greenberg Traurig has not shared, nor agreed to share (a) any compensation it has received or may receive with any other party or person, other than with the shareholders, counsel and associates of Greenberg Traurig, or (b) any compensation another person or party has received or may receive.

14.     By reason of the foregoing, I believe Greenberg Traurig is eligible for employment and retention as counsel for the Debtor pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and the applicable Bankruptcy Rules.

_____
Shari L. Heyen, Shareholder

Sworn to and subscribed before me this
_____ day of October, 2009

_____
Notary Public



STATE OF TEXAS          )
                        ) ss:
COUNTY OF HARRIS        )

My Commission Expires 04/23/2012

7

## EXHIBIT 1

### Potentially Interested Parties

| Debtor | |
|---|---|
| PS America, Inc. | |

| Lender | |
|---|---|
| FirstMerit Bank, N.A. | |

| Top 20 Creditors | |
|---|---|
| Beaulieu | Building Plastics, Inc. |
| Carpenter Co. | Custom Wholesale Floors Inc |
| Daltile | Dixie Home |
| Elias WILF Corp. | Emser Tile LLC |
| Gulistan Carpet | Happy Floors |
| Kraus Source of Clarion, PA | Masland Carpets |
| Mohawk Factoring Inc. | Ohio Valley Flooring |
| Readers Wholesale Dist. Inc. | Shaw Industries Inc. |
| Stanton Carpet Corp. | T & L Distributing Co., Inc. |
| U S Floors | William M. Bird |

| Creditors | |
|---|---|
| Bank of America | Capital One |
| First Community | First National Bank |
| Leading Edge Marketing Inc. | PNC Bank |
| RBC Bank | |

| Equity Holders | |
|---|---|
| Cunningham, Wallace L. | Murray, David B. |
| Major, Martin | Murray, James L. |
| Malman, Arthur | Murray, John R. |
| Marett, Craig R. | Murray, Richard J., Jr. |
| Marett, John T. | Murray, Thomas W. |
| McCall, Deborah J. | Newbern, Rickey |
| Minniti, Anthony | Traweek, James W. |

| Officers | |
|---|---|
| Abbott, John | Adkins, Diane |
| Hilton, Robert | Marett, John |
| Marett, Kevin | Nesbitt, William, Jr |
| Newbern, Rickey | Pritchard, William |
| Traweek, James | Tremain, Michael |
| Yates, Stephen | |

| Landlords | |
|---|---|
| 330 Fairfield Avenue, LLC | Atlantic Business Center L.C. |
| Boca Industrial Park, Ltd. | Brobel GP |
| Childress Klein Properties | Dover Properties Two, LLC |
| Downtown Investment Properties, LLC | Drexel Burnham Lambert Real Estate Associates I |
| Greenpoint, LLC | Hock/Bavar Stayton II Joint Venture, LLC |
| J.P. Gaillard, III | Lamesa Properties, Limited |
| Liberty Property Limited Partnership | Mattei Realty Corp. |
| Merritt-038, LLC | OMRLV Properties LLC |
| Parham Forest Associates | PS Buildings, Ltd. |
| Sharon G. Corp. | St. John  Properties, Inc. |
| The Foundry Federal, LLC | Vista, L.P. |
| YBWSC Property, LLC | |

| Parties-in-Interest | |
|---|---|
| CCA Global Group | |

| Utilities | |
|---|---|
| Affordable | Alabama Power |
| All American Waste, LLC | Allegheny Power |
| Allegheny Power - Last Unit | Allied Waste Services |
| American Electric | Armstrong Cable |
| Artesian Water Company | AT & T |
| BGE | Centerpoint Energy |
| City Carting & Recycling | City of Bartlett |
| City of Columbus | City of Greensboro |
| City of Houston | City of Longwood |
| City of Raleigh | City of Richmond |
| City of Riverara Beach | City of Tampa |
| City of Webster | Columbia Gas |
| Connecticut Power | Consolidated Communications |
| Cook & Young Inc | CPS Energy |
| Cranberry Township | Delmarva Power |
| Direct Energy Services | Dominion |
| Dominion Gas | Dominion Virginia Power |
| Duke Energy | Duquesne Light |
| EMBARQ | Entergy |
| First Energy | Fort Bend County Water |
| FPL | Gexa Energy |
| Greenville Water System | Integrys |
| JEA | Jefferson Parish |
| KUB | MCUCS |
| Memphis Light, Gas & Water | Metro Water Services |
| Mobile Area Water | Mobile Gas |

| Utilities | |
|---|---|
| Nashville Electric | Nevada Power |
| New Mexico Gas Company | Ohio Edison |
| One Communications | One Communications |
| PAWC | PECO |
| Penn Power | Pepco / Gexa Energy |
| Piedmont Natural Gas | PNM |
| Progress Energy | PSNC |
| Qwest | Qwest - LD |
| Qwest - POM | Qwest - PRN |
| Qwest (US WEST) | Regional Water |
| Republic Services | Republic Waste |
| Republic Waste Service | Rumpke |
| San Antonio Water System | SCG |
| Southern Montgomery Co | TECO |
| Tri County | UI |
| VERIZON | Vogel |
| Volant Boro | Washington Gas |
| Waste Connections of TN, Inc | Waste Management |
| Windstream | Youngstown Water |

| Employees | |
|---|---|
| Abbott, John | Adkins, Diane |
| Alarcon, Paola | Aljets, Eric |
| Anderson, Trish | Andrews, Chance "Nicki" |
| Aoun, David | Arthur, Brian |
| AyalavDawin | Balanzategui, Carlos |
| Barrett, Terri | Barstow, Debra |
| Benton, Brian | Bhowanidin, Sharda |
| Boozer, Clinton | Bosley, Chad |
| Bourne, Trisha | Brady, Gayle |
| Brault, Jessica | Brezovsky, Paul Jr. |
| Brito, Rafael | Browder, James |
| Brown, Marvin | Bruzdewicz, Timothy |
| Burns, Melissa | Burns, Nickie |
| Buzzacco, Dominic | Byers, Dora |
| Camera, Tony | Campbell, Dorothy |
| Canada, Shawn | Carlton, Chad |
| Carlton, Kevin | Cascaden, Dana |
| Cercy, Christy | Christiansen, Samantha |
| Cleaveland, Robert | Cohen, Michael |
| Collins, Balinda | Conroy, Adam |
| Coomer, Andrew | Cooper, Karen |
| Costanzo, Susan | Courchaine, Joel |
| Crandal, Steven | Crawford, Jenny |

| Employees | |
|---|---|
| Cronin, Jessica | Crossman, Mark |
| Crouch, Melinda | Cusumano, Nicholas |
| Daigle, Tammy | DeCicco, Katie |
| DePreta, Larry | Derwin, Mike |
| Deshuk, Peter | Despas, Larry |
| Devito, David | Dillon, Jonathan |
| DiPietro, Courtney | Dipinto, Michele |
| Dorion, Magally | Dowe, Joshua |
| Downer, Robert Jr. | Draper, Robert Jr. |
| Duffield, Meghan | Duque, Allison |
| Duque, Cilia | Edwards, Kimberly |
| Elliott, Ricardo | Ellis, Donald |
| Ellison, Larry | Eperthener, Diana |
| Eubanks, Stephen | Evans, Lisa |
| Fair, Kathleen | Fanelli, Frank |
| Ferguson, Timothy | Fiordelisi, Angelo |
| Fisher, Steven | Fox, Jon |
| Frederick, Kellye | Fulford, Larry |
| Gallegos, Daniel | Gandy, Thomas |
| Gardiner, Billie Jeanne | Gardinier, Megan |
| Gardner, Malinda | Garman, David |
| Germroth, David | Gies, Todd |
| Golas, Joseph | Goldie, James |
| Goodloe, April | Graham, Charles |
| Griffin, Eric | Grzybowski, Christopher |
| Hall, Charles (Rick) | Hammitt, Carolyn |
| Harrison, Randall | Heacock, Todd |
| Henson, Olivia | Hernandez, Juan |
| Hilton, Robert | Hinkley, Daniel |
| Hinsley, Michael | Honey, Jeff |
| Howton, Stefanie | Hoydic, James |
| Huerta, Macimiano Jr. | Hughes, Brandy |
| Humphrey, William | Jackson, Mark |
| Joissin, Gustave "Rod" | Jones, Jason |
| Jorgensen, Matthew | Jorjorian-Furcho, Amanda |
| Kass, Jennifer | Keck, Kevin |
| Kennedy, Cheryl | Kenny, Michael |
| King, Candice | Knieriemen, Charles |
| Krzanowski, David | Kulmann, Charles |
| Labra, Conrado | Ladesic, Grace |
| Lanford, James | Lara, Juan |
| Lebeda, Robert | Lechner, Paul |
| Lenhardt, Ann Marie | Lewis, Jason |
| Lilley, Casey | Liquori, Charles |

| Employees | |
|---|---|
| Lopes, Michael | Lubin, David |
| Machika, Cathleen | Mahler, Tammy |
| Maietta, David | Mankin, Drew |
| Manning-Bolis, Lori | Marangoni, Vincent |
| Marett, John | Marett, Kevin |
| Marsico, Deborah | Matthews, Amy |
| Mauzey, Michael | Mazareigos, Wilfrido |
| McAnelly, Damon | McCormick, William "Mason" |
| McIlwain, Buffie | McNutt, David |
| McQuiston, Lovada | Mecannic, Robert |
| Medina, Michelle | Metzger, Robert |
| Meyerv, Jaqueline | Miller, Andrew |
| Miller, Glenn | Miller, Sandra |
| Moises, Marco | Montez, Manuel |
| Montgomery, Tricia | Moore, Julie |
| Musgrove, Jo "Caron" | Nagle, Sandra |
| Narvaez, Adrian | Nesbitt, William Jr. |
| Newbern, Rickey | Nichols, Brian |
| Nite, Krystal | Noble, Kimberly |
| Norris, Amy | Norris, Thomas |
| O'Connor, John | Olmedo, Jorge |
| Ontiberoz, Jeff | Orcutt, Amber |
| Osorio, Heriberto "Eddie" | Ostrow-Shea, K Shayne |
| Parramore, Ramon | Parsons [Shuler] Valerie |
| Penn, Michael | Perrone, William |
| Phillips, Jeneen | Poff, Terry |
| Poyer, Eric | Pritchard, William |
| Quiles, Migdalia | Raines, Kelly |
| Rambeau, Robin | Reed, Vanessa |
| Reyes, Andres | Ridge, Michael |
| Rivera, Ignacio 'Kiko' | Robbins, Sharon |
| Robison, Amanda | Rocco, Jr, John |
| Rodriguez, Katherine | Rogers, Sonja |
| Rossi, Ronda | Rupert, Dana |
| Scheihing, Kevin | Schmidt, Christian |
| Schulman, Jeremy | Schulman, Stephanie |
| Seaburn, Melanie | Sexton, David |
| Shaw, Steven | Shelton, Melanie |
| Slayton, Julie | Smith, Christian |
| Smith, Louis | Smith, Michael |
| Sorel, Arthur | Squires, Christopher |
| Sroufe, Paul | Stafford, Jason |
| Stanley, Melanie | Stark, Justin |
| Steckler, Cory | Steed, Kimberly |

| Employees | |
|---|---|
| Stelter, Marcy | Steptoe, Reginald |
| Stoner, Anne | Stoykovich, Eron |
| Suarez, Erika | Sullivan, John |
| Sunseri, Ryan | Taormina, Angelo |
| Tarlton, Kristin | Tartaglia, Steve |
| Taylor, Savannah | Taylor, Stefanie |
| Tayman, Phillip | Teterus, Thomas |
| Thornton, Redonda | Till, Barbara |
| Torres, Rubin | Traweek, James |
| Tremain, Michael | Troya, Marco |
| Vehling, Sara | Velgrube, Jana |
| Velit, Scott | Veltrop, Karin |
| Ventura, Michael | Vosdingh, Steve |
| Wade, Cornelius | Waibel, Susan |
| Walker, Stefanie | Wallak, Joseph |
| Weh, Jensen | Weiner, Brian |
| West, Beverly | West, Kelessa "Summer" |
| Whyte, Kathleen | Wilder, Mandison |
| Williams, Woody | Wilson, Gwendolyn |
| Wimer, William "Paul" | Woodard, Angela |
| Worrell, Cory | Wulff, Kathy |
| Wycoff, Wade | Yallaly, James |
| Yates, Stephen | Young, Steven |

**EXHIBIT 2**

**Greenberg Traurig, LLP's Disclosure of Connections
with Potentially Interested Parties**

The following names were compared to Greenberg Traurig's Client Database. As noted below, Greenberg Traurig has represented in the past or currently represents certain of the Potentially Interested Parties, including various persons or entities that may be related to or affiliated with the Potentially Interested Persons, in matters unrelated to the Debtor or the Case

| Directors and Officers | |
|---|---|
| John Abbott | Greenberg Traurig has represented in the past an individual named John S. Abbott, Jr. John S. Abbott, Jr. may be the same individual as John Abbott, a director or officer of the Debtor. All matters for which Greenberg Traurig represented John S. Abbott, Jr. were and are unrelated to the Debtor or its chapter 11 case. |

| Lenders | |
|---|---|
| First Merit Bank, N.A. | Greenberg Traurig has represented in the past First Merit Bank, N.A. All matters for which Greenberg Traurig represented First Merit Bank, N.A. were and are unrelated to the Debtor or its chapter 11 case. |

| Creditors | |
|---|---|
| Bank of America | Greenberg Traurig currently represents and has represented in the past Bank of America and certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies or represented these companies in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| Capital One | Greenberg Traurig currently represents and has represented in the past Capital One, N.A. and certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies or represented these companies in the past, were and are unrelated to the Debtor or its chapter 11 case. |

| Creditors | |
|---|---|
| CCA Global Group | Greenberg Traurig has represented in the past CCA Financial Services, Inc., which may be an affiliate of or otherwise related to CCA Global Group. All matters for which Greenberg Traurig represented this company were and are unrelated to the Debtor or its chapter 11 case. |
| Custom Wholesale Floors Inc. | Greenberg Traurig has represented in the past Custom Wholesale Flooring, Inc. All matters for which Greenberg Traurig represented this company were and are unrelated to the Debtor or its chapter 11 case. |
| First Community | Greenberg Traurig currently represents and has represented in the past First Community Bank. All matters for which Greenberg Traurig currently represents or represented First Community Bank in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| First National Bank | Greenberg Traurig has represented in the past First National Bank, Ltd. All matters for which Greenberg Traurig represented this company were and are unrelated to the Debtor or its chapter 11 case. |
| PNC Bank | Greenberg Traurig currently represents and has represented in the past PNC Financial Services Group, Inc. and certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies or represented these companies in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| RBC Bank | Greenberg Traurig currently represents and has represented in the past Royal Bank of Canada and certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies or represented these companies in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| Shaw Industries Inc. | Greenberg Traurig has represented in the past Shaw Industries Inc. All matters for which Greenberg Traurig represented this company were and are unrelated to the Debtor or its chapter 11 case. |

| Utilities | |
|---|---|
| Allied Waste Services | Greenberg Traurig has represented in the past Allied Waste Industries, which may be an affiliate of or otherwise related to Allied Waste Services.  All matters for which Greenberg Traurig  represented this company were and are unrelated to the Debtor or its chapter 11 case. |
| AT&T | Greenberg Traurig currently represents and has represented in the past AT&T and certain of its affiliates.  All matters for which Greenberg Traurig currently represents these companies or represented these companies in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| City of Houston | Greenberg Traurig currently represents and has represented in the past City of Houston.  All matters for which Greenberg Traurig currently represents or represented City of Houston in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| Columbia Gas | Greenberg Traurig currently represents and has represented in the past Columbia Gas Transmission Company.  All matters for which Greenberg Traurig currently represents or represented Columbia Gas Transmission Company in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| Delmarva Power | Greenberg Traurig currently represents and has represented in the past Delmarva Light & Power Company.  All matters for which Greenberg Traurig currently represents or represented Delmarva Light & Power Company in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| Duke Energy | Greenberg Traurig has represented in the past Duke Energy North America.  All matters for which Greenberg Traurig  represented this company were and are unrelated to the Debtor or its chapter 11 case. |

| Utilities | |
|---|---|
| Embarq | Greenberg Traurig currently represents and has represented in the past Embarq Holdings Company LLC. All matters for which Greenberg Traurig currently represents or represented Embarq Holdings Company LLC in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| FPL | Greenberg Traurig currently represents and has represented in the past Florida Power & Light and certain of its affiliates. All matters for which Greenberg Traurig currently represents or represented Florida Power & Light in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| Gexa Energy | Greenberg Traurig currently represents and has represented in the past Gexa Energy. All matters for which Greenberg Traurig currently represents or represented Gexa Energy in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| Nevada Power | Greenberg Traurig currently represents and has represented in the past Nevada Power Company. All matters for which Greenberg Traurig currently represents or represented Nevada Power Company the past, were and are unrelated to the Debtor or its chapter 11 case. |
| PECO | Greenberg Traurig has represented in the past PECO. All matters for which Greenberg Traurig represented PECO in the past were unrelated to the Debtor or its chapter 11 case. |
| Progress Energy | Greenberg Traurig currently represents and has represented in the past Progress Energy Service Company, LLC. All matters for which Greenberg Traurig currently represents or represented Progress Energy Service Company, LLC in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| Qwest<br>Qwest - LD<br>Qwest - POM<br>Qwest - PRN<br>Qwest (US West) | Greenberg Traurig has represented in the past Qwest and Qwest Corporation. All matters for which Greenberg Traurig represented Qwest and Qwest Corporation in the past were and are unrelated to the Debtor or its chapter 11 case. |

| Utilities | |
|---|---|
| Republic Services | Greenberg Traurig currently represents and has represented in the past Republic Services Inc. All matters for which Greenberg Traurig currently represents or represented Republic Services Inc. in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| TECO | Greenberg Traurig currently represents and has represented in the past TECO Electricity and Machinery, B.V. and certain of its affiliates. All matters for which Greenberg Traurig currently represents or represented these companies in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| Washington Gas | Greenberg Traurig has represented in the past Washington Gas Light Company. All matters for which Greenberg Traurig represented Washington Gas Light Company in the past were and are unrelated to the Debtor or its chapter 11 case. |
| Waste Connections of TN, Inc. | Greenberg Traurig currently represents and has represented in the past Waste Connections, Inc. All matters for which Greenberg Traurig currently represents or represented Waste Connections, Inc. in the past, were and are unrelated to the Debtor or its chapter 11 case. |
| Waste Management | Greenberg Traurig currently represents and has represented in the past waste Management Inc. and certain of its affiliates. All matters for which Greenberg Traurig currently represents or represented these companies in the past, were and are unrelated to the Debtor or its chapter 11 case. |

| Landlords | |
|---|---|
| Drexel Burnham Lambert Real Estate Associates I | Greenberg Traurig has represented in the past Drexel Burnham Lambert Inc. All matters for which Greenberg Traurig represented this company were and are unrelated to the Debtor or its chapter 11 case. |

| Landlords | |
|---|---|
| St. John Properties | Greenberg Traurig has represented in the past St. John Properties.  All matters for which Greenberg Traurig represented this company were and are unrelated to the Debtor or its chapter 11 case. |

| Equity holders | |
|---|---|
| David B. Murray | Greenberg Traurig has represented in the past an individual named David Murray.  David Murray may be the same individual as David B. Murray, an equity holder of the Debtor.  All matters for which Greenberg Traurig represented David Murray were and are unrelated to the Debtor or its chapter 11 case. |

| Employees | |
|---|---|
| John Abbott | Greenberg Traurig has represented in the past an individual named John S. Abbott, Jr.  John S. Abbott, Jr. may be the same individual as John Abbott, an employee of the Debtor.  All matters for which Greenberg Traurig represented John S. Abbott, Jr. were and are unrelated to the Debtor or its chapter 11 case. |
| Michael Cohen | Greenberg Traurig has represented in the past individuals named Michael Cohen and Michael X. Cohen.  Michael Cohen and/or Michael X. Cohen may be the same individual as Michael Cohen, an employee of the Debtor.  All matters for which Greenberg Traurig represented Michael Cohen and/or Michael X. Cohen were and are unrelated to the Debtor or its chapter 11 case. |
| Steven Fisher | Greenberg Traurig currently represents and has represented in the past an individual named Steve Fisher.  Steve Fisher may be the same individual as Steven fisher, an employee of the Debtor.  All matters for which Greenberg Traurig currently represents or represented Steve Fisher were and are unrelated to the Debtor or its chapter 11 case. |
| Jon Fox | Greenberg Traurig currently represents and has represented in the past an individual named Jonathan Fox.  Jonathan Fox may be the same individual as Jon Fox, an employee of the Debtor.  All matters for which |

| Employees | |
|---|---|
| | Greenberg Traurig currently represents or represented Jonathan Fox were and are unrelated to the Debtor or its chapter 11 case. |
| Charles Hill | Greenberg Traurig currently represents and has represented in the past an individual named Charles B. Hill, II.  Charles B. Hill, II may be the same individual as Charles Hill, an employee of the Debtor.  All matters for which Greenberg Traurig currently represents or represented Charles B. Hill, II were and are unrelated to the Debtor or its chapter 11 case. |
| Andrew Miller | Greenberg Traurig has represented in the past an individual named Andrew S. Miller.  Andrew S. Miller may be the same individual as Andrew Miller, an employee of the Debtor.  All matters for which Greenberg Traurig represented Andrew S. Miller were and are unrelated to the Debtor or its chapter 11 case. |
| Julie Moore | Greenberg Traurig has represented in the past an individual named Julie Moore.  Julie Moore may be the same individual as Julie Moore, an employee of the Debtor.  All matters for which Greenberg Traurig represented Julie Moore were and are unrelated to the Debtor or its chapter 11 case. |
| John O'Connor | Greenberg Traurig has represented in the past an individual named John J. O'Connor.  John J. O'Connor may be the same individual as John O'Connor, an employee of the Debtor.  All matters for which Greenberg Traurig represented John J. O'Connor were and are unrelated to the Debtor or its chapter 11 case. |
| Steven Shaw | Greenberg Traurig has represented in the past an individual named Steve Shaw.  Steve Shaw may be the same individual as Steven Shaw, an employee of the Debtor.  All matters for which Greenberg Traurig represented Steve Shaw were and are unrelated to the Debtor or its chapter 11 case. |
| Christian Smith | Greenberg Traurig has represented in the past an individual named Chris Smith.  Chris Smith may be the same individual as Christian Smith, an employee of the Debtor.  All matters for which Greenberg Traurig represented Chris Smith were and are unrelated to the |

| Employees | |
|---|---|
| | Debtor or its chapter 11 case. |
| Michael Smith | Greenberg Traurig currently represents and has represented in the past individuals named Michael Smith and Michael B. Smith.  Michael Smith and/or Michael B. Smith may be the same individual as Michael Smith, an employee of the Debtor.   All matters for which Greenberg Traurig currently represents or represented Michael Smith and/or Michael B. Smith were and are unrelated to the Debtor or its chapter 11 case. |
| John Sullivan | Greenberg Traurig has represented in the past individuals named John Sullivan and John F. Sullivan.  John Sullivan and/or John F. Sullivan may be the same individual as Michael Cohen, an employee of the Debtor.  All matters for which Greenberg Traurig represented John Sullivan and/or John F. Sullivan were and are unrelated to the Debtor or its chapter 11 case. |
| Steven Young | Greenberg Traurig currently represents and has represented in the past an individual named Steven Young.  Steven Young may be the same individual as Steven Young, an employee of the Debtor.  All matters for which Greenberg Traurig currently represents or represented Steven Young were and are unrelated to the Debtor or its chapter 11 case. |