IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PS AMERICA, INC. | § | CASE NO. 09-37209-H1-11 |
| | § | Chapter 11 |
| Debtor | § | |

**NOTICE OF DEMAND FOR RECLAMATION
OF GOODS UPON INSOLVENCY OF DEBTOR**

    PLEASE TAKE NOTICE that on October 8, 2009, pursuant to Section 2-7902 of the Uniform Commercial Code and/or Section 546(c)(1) of the United States Bankruptcy Code, Reader's Wholesale Distributors, Ltd. hereby demanded the return of all goods and materials delivered to the Debtor on or about August 16, 2009 through September 30, 2009.  A copy of this reclamation demand is attached as Exhibit "A."

    Dated: October 8, 2009

                                              Respectfully submitted,

                                              WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                              BY: */s/ Melissa A. Haselden*
                                                     EDWARD L. ROTHBERG
                                                     State Bar No. 17313990
                                                     MELISSA A. HASELDEN
                                                     State Bar. No. 00794778
                                                     Eleven Greenway Plaza, Suite 1400
                                                     Houston, Texas 77046
                                                     Telephone:  (713) 961-9045
                                                     Facsimile:  (713) 961-5341

                                              ATTORNEYS FOR READER'S WHOLESALE
                                              DISTRIBUTORS, LTD.

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing notice has been served by first class regular mail, postage prepaid and/or electronic mail on October 8, 2009, to Debtor's attorneys, addressed as follows:

  **Shari L Heyen**
  Greenberg Traurig LLP
  1000 Louisiana
  Suite 1800
  Houston, TX 77002

                */s/ Melissa A. Haselden*
                MELISSA A. HASELDEN

# WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
## ATTORNEYS AT LAW

**EDWARD L. ROTHBERG**
SHAREHOLDER

BOARD CERTIFIED - BUSINESS BANKRUPTCY LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

EMAIL: ERothberg@WKPZ.com
WRITER'S DIRECT DIAL (713) 341-1159
WRITER'S DIRECT FAX: (866) 217-4443

ELEVEN GREENWAY PLAZA
SUITE 1400
HOUSTON, TEXAS 77046
TELEPHONE: (713) 961-9045
FACSIMILE: (713) 961-5341

DALLAS/FORT WORTH OFFICE:

3030 MATLOCK ROAD, SUITE 201
ARLINGTON, TEXAS 76015
TELEPHONE: (817) 795-5046
FACSIMILE: (800) 556-1869

October 8, 2009

*By email: heyens@gtlaw.com and
First Class Mail*

**Shari L Heyen**
Greenberg Traurig LLP
1000 Louisiana
Suite 1800
Houston, TX 77002

   Re:  *In re PS America Inc..;* Case No. 09-37209-H1-11; pending In the United States Bankruptcy Court, Southern District of Texas, Houston Division

      Reclamation Demand and Reclamation Claim.

Ms. Heyen:

Demand is hereby made upon PS America Inc. ("Debtor"), pursuant to Section 2-702 of the Uniform Commercial Code and/or Section 546(c)(1) of the United States Bankruptcy Code, for the return of all goods sold to the Debtor by Reader's Wholesale Distributors, Ltd. and received within forty-five (45) days before the Debtor's bankruptcy filing date of September 30, 2009. This demand specifically includes, but is not limited to goods identified in the attached Schedule "A".

The invoices reflect the value of goods only and not services.

As of this date, a duplicate claim has not been submitted for the goods delivered within the 20 days prior to bankruptcy under 11 U.S.C. §503(b)(9). However, Reader's Wholesale Distributors, Ltd intends to submit a claim under 11 U.S.C. §503(b)(9) for goods delivered between September 10, 2009 and September 30, 2009 identified on the attached Schedule.

Bills of lading ("Packing Slips") signed by employees of the Debtor acknowledging receipt of the goods are available upon request.

{REA001\00328\0562450.DOC;1\MAH}

**Exhibit "A"**

Shari L. Heyen
October 7, 2009
Page 2

Please contact the undersigned for instructions in connection with the return of the goods.

You are further notified that all goods subject to our right of reclamation must be protected and segregated by you and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or any other court.

This reclamation demand is made without prejudice to all other rights and remedies available to us, at law or in equity, including but not limited to, our right to an allowed administrative expense claim under Section 503(b)(9) of the Bankruptcy Code for all goods received by the Debtor within twenty (20) days prior to the filing of the above referenced bankruptcy case.

                              Very truly yours,

                              */s/ Edward L. Rothberg*

                              Edward L. Rothberg

Enclosures

{REA001\00328\0562450.DOC;1\MAH}

# SCHEDULE "A"

| Date of Invoice | Invoice Number | Amount | Subject to Reclamation | Subject to 503(b)(9) |
|---|---|---|---|---|
| 8/17/2009 | 774848 | $310.63 | X | |
| 8/17/2009 | 774849 | $1,529.55 | X | |
| 8/17/2009 | 774850 | $170.32 | X | |
| 8/17/2009 | 774851 | $82.47 | X | |
| 8/17/2009 | 774852 | $30.49 | X | |
| 8/17/2009 | 774856 | $ 77.97 | X | |
| 8/17/2009 | 774857 | $ 1,494.15 | X | |
| 8/17/2009 | 774854 | $ 303.22 | X | |
| 8/17/2009 | 774855 | $ 1,984.28 | X | |
| 8/17/2009 | 774853 | $ 67.99 | X | |
| 8/18/2009 | 774932 | ($49.28) | X | |
| 8/18/2009 | 775177 | $ 357.37 | X | |
| 8/18/2009 | 775175 | $ 3,962.88 | X | |
| 8/18/2009 | 775173 | $ 3,234.98 | X | |
| 8/18/2009 | 775174 | $ 256.17 | X | |
| 8/19/2009 | 775535 | $35.44 | X | |
| 8/19/2009 | 775536 | $124.08 | X | |
| 8/19/2009 | 775534 | $ 599.76 | X | |
| 8/19/2009 | 775529 | $ 3,118.80 | X | |
| 8/19/2009 | 775530 | $ 53.34 | X | |
| 8/19/2009 | 775527 | $ 279.68 | X | |
| 8/19/2009 | 775528 | $ 278.54 | X | |
| 8/20/2009 | 775922 | $95.71 | X | |
| 8/20/2009 | 775923 | $742.50 | X | |
| 8/20/2009 | 775924 | $85.47 | X | |
| 8/20/2009 | 775925 | $ 33.68 | X | |
| 8/21/2009 | 776264 | $30.17 | X | |

# SCHEDULE "A"

| Date of Invoice | Invoice Number | Amount | Subject to Reclamation | Subject to 503(b)(9) |
|---|---|---|---|---|
| 8/21/2009 | 776262 | $2,358.73 | X | |
| 8/21/2009 | 776263 | $2,638.68 | X | |
| 8/21/2009 | 776268 | $1,045.00 | X | |
| 8/21/2009 | 776265 | $ 431.08 | X | |
| 8/24/2009 | 776532 | $1,108.86 | X | |
| 8/24/2009 | 776538 | $412.35 | X | |
| 8/24/2009 | 776539 | $248.64 | X | |
| 8/24/2009 | 776534 | $ 5,369.98 | X | |
| 8/24/2009 | 776533 | $ 40.00 | X | |
| 8/25/2009 | 776883 | $ 64.08 | X | |
| 8/25/2009 | 776884 | $ 284.76 | X | |
| 8/25/2009 | 776882 | $ 1,063.78 | X | |
| 8/25/2009 | 776886 | $ 637.27 | X | |
| 8/26/2009 | 777246 | $2,814.45 | X | |
| 8/26/2009 | 777247 | $ 399.80 | X | |
| 8/26/2009 | 777248 | $ 513.46 | X | |
| 8/26/2009 | 777249 | $ 74.94 | X | |
| 8/26/2009 | 777251 | $ 1,229.52 | X | |
| 8/27/2009 | 777650 | $27.50 | X | |
| 8/27/2009 | 777656 | $ 805.41 | X | |
| 8/27/2009 | 777657 | $ 251.54 | X | |
| 8/27/2009 | 777651 | $ 48.00 | X | |
| 8/27/2009 | 777652 | $ 1,576.36 | X | |
| 8/27/2009 | 777653 | $ 50.00 | X | |
| 8/27/2009 | 777649 | $ 458.48 | X | |
| 8/27/2009 | 777654 | $ 30.49 | X | |
| 8/27/2009 | 777658 | $ 1,102.64 | X | |

## SCHEDULE "A"

| Date of Invoice | Invoice Number | Amount | Subject to Reclamation | Subject to 503(b)(9) |
|---|---|---|---|---|
| 8/28/2009 | 777964 | $3,906.56 | X | |
| 8/28/2009 | 777965 | $863.40 | X | |
| 8/28/2009 | 777968 | $ 1,355.71 | X | |
| 8/28/2009 | 777966 | $ 29.99 | X | |
| 8/28/2009 | 777969 | $ 366.40 | X | |
| 8/31/2009 | 778372 | $549.80 | X | |
| 8/31/2009 | 778373 | $5,021.02 | X | |
| 8/31/2009 | 778379 | $ 3,050.27 | X | |
| 8/31/2009 | 778380 | $ 254.97 | X | |
| 8/31/2009 | 778381 | $ 1,459.12 | X | |
| 8/31/2009 | 778374 | $ 174.93 | X | |
| 8/31/2009 | 778375 | $ 60.98 | X | |
| 9/1/2009 | 778852 | $201.74 | X | |
| 9/1/2009 | 778853 | $1,149.79 | X | |
| 9/1/2009 | 778854 | $41.13 | X | |
| 9/1/2009 | 778855 | $412.14 | X | |
| 9/1/2009 | 778856 | $37.59 | X | |
| 9/1/2009 | 778862 | $ 3,235.11 | X | |
| 9/1/2009 | 778863 | $ 429.80 | X | |
| 9/1/2009 | 778864 | $ 1,401.08 | X | |
| 9/1/2009 | 778857 | $ 586.19 | X | |
| 9/1/2009 | 778858 | $ 295.68 | X | |
| 9/1/2009 | 778859 | $ 190.94 | X | |
| 9/1/2009 | 778851 | $ 201.20 | X | |
| 9/1/2009 | 778865 | $ 788.36 | X | |
| 9/2/2009 | 779163 | $11.12 | X | |
| 9/2/2009 | 779173 | $ 2,583.98 | X | |

# SCHEDULE "A"

| Date of Invoice | Invoice Number | Amount | Subject to Reclamation | Subject to 503(b)(9) |
|---|---|---|---|---|
| 9/2/2009 | 779174 | $ 5,494.48 | X | |
| 9/2/2009 | 779175 | $ 225.92 | X | |
| 9/2/2009 | 779166 | $ 4,249.88 | X | |
| 9/2/2009 | 779167 | $ 27.49 | X | |
| 9/2/2009 | 779168 | $ 1,739.72 | X | |
| 9/2/2009 | 779169 | $ 672.30 | X | |
| 9/2/2009 | 779176 | $ 3,096.17 | X | |
| 9/2/2009 | 779164 | $ 2,700.00 | X | |
| 9/2/2009 | 779165 | $ 178.12 | X | |
| 9/3/2009 | 779456 | $ 118.07 | X | |
| 9/3/2009 | 779457 | $ 300.71 | X | |
| 9/3/2009 | 779453 | $ 263.92 | X | |
| 9/3/2009 | 779454 | $ 355.70 | X | |
| 9/3/2009 | 779460 | $ 191.07 | X | |
| 9/3/2009 | 779461 | $ 355.54 | X | |
| 9/3/2009 | 779455 | $ 2,111.89 | X | |
| 9/3/2009 | 779462 | $ 123.97 | X | |
| 9/4/2009 | 779931 | $ 6.60 | X | |
| 9/4/2009 | 779932 | $ 547.08 | X | |
| 9/4/2009 | 779922 | $ 115.06 | X | |
| 9/4/2009 | 779923 | $ 54.98 | X | |
| 9/4/2009 | 779924 | $ 254.00 | X | |
| 9/4/2009 | 779925 | $ 227.63 | X | |
| 9/4/2009 | 779933 | $ 1,590.13 | X | |
| 9/4/2009 | 779934 | $ 220.94 | X | |
| 9/8/2009 | 780183 | $ 338.70 | X | |
| 9/8/2009 | 780184 | $ 441.56 | X | |

## SCHEDULE "A"

| Date of Invoice | Invoice Number | Amount | Subject to Reclamation | Subject to 503(b)(9) |
|---|---|---|---|---|
| 9/8/2009 | 780185 | $ 49.84 | X | |
| 9/8/2009 | 780186 | $ 500.87 | X | |
| 9/8/2009 | 780187 | $ 132.94 | X | |
| 9/8/2009 | 780180 | $ 4,056.43 | X | |
| 9/8/2009 | 780181 | $ 864.72 | X | |
| 9/8/2009 | 780188 | $ 410.90 | X | |
| 9/8/2009 | 780189 | $ 802.21 | X | |
| 9/9/2009 | 780534 | $ 20.13 | X | |
| 9/9/2009 | 780538 | $ 2,549.75 | X | |
| 9/9/2009 | 780535 | $ 503.00 | X | |
| 9/9/2009 | 780536 | $ 130.98 | X | |
| 9/9/2009 | 780539 | $ 5,267.16 | X | |
| 9/9/2009 | 780540 | $ 772.72 | X | |
| | | | | |
| 9/10/2009 | 780904 | $ 103.42 | X | X |
| 9/10/2009 | 780907 | $ 604.78 | X | X |
| 9/10/2009 | 780908 | $ 224.48 | X | X |
| 9/10/2009 | 780909 | $ 237.86 | X | X |
| 9/10/2009 | 780910 | $ 74.25 | X | X |
| 9/10/2009 | 780911 | $ 688.19 | X | X |
| 9/10/2009 | 780912 | $ 46.14 | X | X |
| 9/10/2009 | 780913 | $ 539.62 | X | X |
| 9/10/2009 | 780916 | $ 3,300.25 | X | X |
| 9/10/2009 | 780917 | $ 385.38 | X | X |
| 9/10/2009 | 780918 | $ 182.60 | X | X |
| 9/10/2009 | 780919 | $ 40.36 | X | X |
| 9/10/2009 | 780920 | $ 128.41 | X | X |

## SCHEDULE "A"

| Date of Invoice | Invoice Number | Amount | Subject to Reclamation | Subject to 503(b)(9) |
|---|---|---|---|---|
| 9/10/2009 | 780921 | $ 30.80 | X | X |
| 9/10/2009 | 780905 | $ 59.98 | X | X |
| 9/10/2009 | 780906 | $ 369.70 | X | X |
| 9/10/2009 | 780922 | $ 87.47 | X | X |
| 9/11/2009 | 781244 | $ 625.88 | X | X |
| 9/11/2009 | 781248 | $ 258.72 | X | X |
| 9/11/2009 | 781246 | $ 904.22 | X | X |
| 9/11/2009 | 781247 | $ 5,977.24 | X | X |
| 9/11/2009 | 781249 | $ 74.76 | X | X |
| 9/11/2009 | 781250 | $ 146.08 | X | X |
| 9/11/2009 | 781251 | $ 177.44 | X | X |
| 9/11/2009 | 781245 | $ 1,205.00 | X | X |
| 9/14/2009 | 781487 | $ 1,462.12 | X | X |
| 9/14/2009 | 781486 | $ 87.47 | X | X |
| 9/14/2009 | 781488 | $ 63.56 | X | X |
| 9/14/2009 | 781489 | $ 29.92 | X | X |
| 9/14/2009 | 781483 | $ 159.92 | X | X |
| 9/14/2009 | 781484 | $ 1,374.50 | X | X |
| 9/14/2009 | 781485 | $ 142.45 | X | X |
| 9/14/2009 | 781491 | $ 515.41 | X | X |
| 9/15/2009 | 781819 | $ 3,703.10 | X | X |
| 9/15/2009 | 781564 | ($703.48) | X | X |
| 9/15/2009 | 781565 | ($441.83) | X | X |
| 9/15/2009 | 781821 | $ 2,255.00 | X | X |
| 9/15/2009 | 781822 | $ 2,949.66 | X | X |
| 9/15/2009 | 781820 | $ 1,294.20 | X | X |
| 9/15/2009 | 781828 | $ 5,631.25 | X | X |

## SCHEDULE "A"

| Date of Invoice | Invoice Number | Amount | Subject to Reclamation | Subject to 503(b)(9) |
|---|---|---|---|---|
| 9/15/2009 | 781829 | $ 1,439.95 | X | X |
| 9/15/2009 | 781830 | $ 1,989.03 | X | X |
| 9/15/2009 | 781831 | $ 1,087.16 | X | X |
| 9/16/2009 | 782236 | $ 30.17 | X | X |
| 9/16/2009 | 782243 | $ 47.94 | X | X |
| 9/16/2009 | 782241 | $ 305.93 | X | X |
| 9/16/2009 | 782242 | $ 1,162.06 | X | X |
| 9/16/2009 | 782244 | $ 462.08 | X | X |
| 9/16/2009 | 782238 | $ 75.87 | X | X |
| 9/16/2009 | 782239 | $ 1,443.15 | X | X |
| 9/16/2009 | 782240 | $ 75.18 | X | X |
| 9/16/2009 | 782245 | $ 125.97 | X | X |
| 9/17/2009 | 782571 | $ 184.35 | X | X |
| 9/17/2009 | 782572 | $ 379.00 | X | X |
| 9/17/2009 | 782570 | $ 57.68 | X | X |
| 9/17/2009 | 782573 | $ 64.98 | X | X |
| 9/18/2009 | 782909 | $ 291.30 | X | X |
| 9/18/2009 | 782908 | $ 1,476.83 | X | X |
| 9/18/2009 | 782910 | $ 2,757.94 | X | X |
| 9/18/2009 | 782912 | $ 215.33 | X | X |
| 9/18/2009 | 782907 | $ 1,220.80 | X | X |
| 9/18/2009 | 782913 | $ 1,247.64 | X | X |
| 9/21/2009 | 783159 | $ 192.43 | X | X |
| 9/21/2009 | 783160 | $ 3,698.28 | X | X |
| 9/21/2009 | 733161 | $ 138.40 | X | X |
| 9/21/2009 | 783163 | $ 315.12 | X | X |
| 9/21/2009 | 783164 | $ 23.18 | X | X |

## SCHEDULE "A"

| Date of Invoice | Invoice Number | Amount | Subject to Reclamation | Subject to 503(b)(9) |
|---|---|---|---|---|
| 9/21/2009 | 783158 | $ 46.09 | X | X |
| 9/21/2009 | 783165 | $ 803.84 | X | X |
| 9/22/2009 | 783455 | $ 1,972.50 | X | X |
| 9/22/2009 | 783454 | $ 2,686.42 | X | X |
| 9/22/2009 | 783460 | $ 13,669.71 | X | X |
| 9/22/2009 | 783462 | $ 21.58 | X | X |
| 9/22/2009 | 783463 | $ 28.92 | X | X |
| 9/22/2009 | 783464 | $ 334.88 | X | X |
| 9/22/2009 | 783457 | $ 1,313.18 | X | X |
| 9/22/2009 | 783459 | $ 13.12 | X | X |
| 9/22/2009 | 783465 | $ 197.43 | X | X |
| 9/23/2009 | 783813 | $ 1,994.23 | X | X |
| 9/23/2009 | 783814 | $ 3,940.16 | X | X |
| 9/23/2009 | 783815 | $ 30.99 | X | X |
| 9/23/2009 | 783816 | $ 117.24 | X | X |
| 9/24/2009 | 784166 | $ 68.08 | X | X |
| 9/24/2009 | 784168 | $ 1,271.22 | X | X |
| 9/24/2009 | 784169 | $ 2,578.38 | X | X |
| 9/24/2009 | 783876 | ($48.99) | X | X |
| 9/24/2009 | 784170 | $ 109.37 | X | X |
| 9/24/2009 | 784172 | $ 44.68 | X | X |
| 9/24/2009 | 784167 | $ 1,447.20 | X | X |
| 9/24/2009 | 784173 | $ 1,796.04 | X | X |
| 9/25/2009 | 784489 | $ 104.00 | X | X |
| 9/25/2009 | 784490 | $ 897.92 | X | X |
| 9/25/2009 | 784491 | $ 139.91 | X | X |
| 9/25/2009 | 784492 | $ 87.47 | X | X |

# SCHEDULE "A"

| Date of Invoice | Invoice Number | Amount | Subject to Reclamation | Subject to 503(b)(9) |
|---|---|---|---|---|
| 9/25/2009 | 784493 | $ 206.04 | X | X |
| 9/25/2009 | 784494 | $ 2,144.40 | X | X |
| 9/25/2009 | 784498 | $ 149.52 | X | X |
| 9/25/2009 | 784499 | $ 3,225.68 | X | X |
| 9/25/2009 | 784500 | $ 1,278.79 | X | X |
| 9/28/2009 | 784754 | $ 5,125.77 | X | X |
| 9/28/2009 | 784755 | $ 4,613.11 | X | X |
| 9/28/2009 | 784753 | $ 59.98 | X | X |
|  | **TOTAL RECLAMATION** |  | **$223,071.33** |  |
|  | **TOTAL 503(b)(9)** |  |  | **$ 107,972.89** |