IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| PS AMERICA, INC., | § | |
| | § | Case No. 09-37209 (MI) |
| Debtor. | § | |

### NOTICE OF HEARING

(This notice relates to Docket Nos. 7 and 9)

**PLEASE TAKE NOTICE** that the following motions are set for hearing on **Thursday, October 15, 2009, at 2:00 p.m. (prevailing Central Time)** before the Honorable Marvin Isgur, United States Bankruptcy Judge in Courtroom 404, 515 Rusk Street, Houston, Texas 77002:

1. Emergency Motion of the Debtor for Entry of an Order Authorizing (A) Continued Use of (I) Existing Bank Accounts, (II) Business Forms and (III) Cash Management System and (B) Waiver of Investment Guidelines **[Docket No. 7]**;

2. Emergency Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Pay Prepetition Sales and Use, Franchise and Similar Taxes and Regulatory Fees in the Ordinary Course of Business and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto **[Docket No. 9]**.

        Respectfully Submitted,

        GREENBERG TRAURIG, LLP

        /s/ Maggie D. Conner
        Shari L. Heyen
        State Bar No. 09564750
        Federal Bar No. 13664
        HeyenS@gtlaw.com
        Maggie D. Conner
        Texas State Bar No. 24038439
        Federal Bar No. 38925
        ConnerM@gtlaw.com
        1000 Louisiana , Suite 1700
        Houston, Texas 77002
        Telephone: (713) 374-3500
        Facsimile: (713) 374-3505

        *Proposed Counsel for PS America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing *Notice of Hearing* has been served on October 13, 2009, to (i) those receiving electronic notification via the Court's electronic case filing system and (ii) those parties identified on the Debtor's Master Service List dated October 13, 2009, by electronic mail, for those that have consented to electronic mail service, or by facsimile.

                                                 */s/ Maggie D. Conner*
                                                 Maggie D. Conner