**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-37209-H1-11 |
| PS AMERICA, INC. | § | |
| | § | CHAPTER 11 |
| DEBTOR IN POSSESSION | § | |

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE MARVIN ISGUR, BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST"), who through the undersigned attorney, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named debtor to the committee of unsecured creditors in the above captioned case:

1. Gulistan Carpets, Attn: Michael Seago, POB A, Aberdeen, NC 28315, (910) 944-6302, FAX (910) 944-6367, [sagom@gulistan.com].

2. The Dixie Group, Attn: Butch Davis, Director of Credit, POB 287541, Atlanta, GA 30384-7541, (251)675-9080, ext. 3586, FAX (251)679-3612, [DavisB@maslandcarpets.com].

3. Stone Marketing International, Attn: Leslie McManis, 2095 Afton, Houston, TX 77055, (713) 956-1616, FAX (713) 956-4808, [leslie@stonemarketingintl.com].

4. J. J. Haines & Co., Inc., Attn: T.R. Russell, 6950 Aviation Blvd., Glen Burnie, MD 21061-2531, (410) 762-5642, FAX (410) 760-4010, [trussell@jjhaines.com].

5. Shaw Industries, Inc., Attn: Eddie Terrell, POB 40, Dalton, GA 30722, (706) 275-5756, FAX (706) 428-8502, [eddie.terrell@shawinc.com].

6. Carpenter Co., Attn: David Sayre, 5016 Monument Ave., Richmond, VA 23230, (804) 359-2622, ext. 2669, FAX (804) 254-6076, [david.sayre@carpenter.com].

7. US Floors, Inc., Attn: Russell Guinn, 3850 Corporate Dr., Dalton, GA 30721, FAX (206) 984-14336, [rguinn@usfloorsllc.com].

8. Readers Wholesale Distributors, Attn: Adam Burke, 1201 Naylor St., Houston, TX 77002, (713) 224-8300, FAX (866) 583-8950, [aburke@readersshloesale.com].

9. Beau Lieu Group, LLC, Attn: Phyllis Garrett, POB 1248, Dalton, GA 30722, (800-227-7211, FAX (888) 225-1056, [phyllis.garrett@beaulieugroup.com]

.

Dated, the 13th day of October, 2009.

CHARLES F. Mc VAY
UNITED STATES TRUSTEE

By:/s/ Nancy L. Holley
    Nancy L Holley, Trial Attorney
    Bar No.09875550
    Office of the United States Trustee
    515 Rusk, Ste. 3516
    Houston, TX 77002
    (713) 718-4650 x232
    (713) 718-4680/4670 FAX

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Committee of Unsecured Creditors</u>, was served by ECF Transmission or by United States Mail, first class, postage paid, to those persons listed below, at the addresses listed below on this the 13th of October, 2009.

                                                                         <u>/s/ Nancy L. Holley</u>
                                                                       Nancy L. Holley, Trial Attorney

<u>DEBTOR:</u>

PS America, Inc.
450 S. Ronald Regan Blvd.
Longwood, FL 32750
<u>DEBTOR'S COUNSEL:</u>

Shari L. Heyen
Magdalene D. Conner
Greenberg Thorough, LP
1000 Louisiana, "Ste. 1800
Houston, TX 77002

<u>CREDITOR COMMITTEE MEMBERS:</u>

Gulistan Carpets
Attn: Michael Seago
POB A
Aberdeen, NC 28315

Masland Carpets
Attn: Butch Davis, Director of Credit
POB 2877541
Atlanta, GA 30384-7541

JJ Haines & Co., Inc.
Attn: T.R. Russell
6950 Aviation Blvd.
Glen Burnie, MD 21061

Shaw Industries
Attn: Eddie Terrell
POB 40 Dalton, GA 30722

Mohawk Factoring, Inc.
Attn: Tony Patti, VP Financial Sacs.
POB 12069
Calhoun, GA 30703

CREDITORS & INTERESTED PARTIES:

Banlieu
POB 1447
Chatsworth, GA 30705

Mohawk Factoring, Inc.
POB 91157
Chicago, IL 60693-1157

Carpenter Co.
POB 75252
Charlotte, NC 28275

Shaw Industries, Inc.
POB 116978
Atlanta, Ga 30368

Easer Tile LLC
POB 69339
Los Angeles, CA 90069

Daltile - acct: 208234
5601 Venice Ave., NE
Albuquerque, NM 87113

Masland Carpets
POB 277541
Atlanta, GA 30384-7541

Readers Wholesale Dist., Inc.
POB 2407
Houston, TX 77252-2407

Richard Kaplan
Weycer, Kaplan Pulaski & Zuber
11 Greenway Plaza, Ste. 1400
Houston, TX 77046

Happy Floors
180 NW 183 St., Ste. 102
Miami, FL 33169

Building Plastics, Inc.
POB 405300
Atlanta, GA 30384-5300

T&L Distrib. Co., Inc.
POB 431709
Houston, TX 77243-1709

JJ Haines & Co., Inc.
POB 631771
Baltimore, MD 21263-1771

Stanton Carpet Corp.
211 Robbins Ln.
Syosset, NY 11791

US Floors
POB 100258
Atlanta, GA 30384

Custom Wholesale Floors, Inc.
2655 Darwin Rd., N.
Jacksonville, FL 32207

Gulistan Carpet
POB 651355
Charlotte, NC 28265-1355

Kraus Sorce Clarion, PA
POB 704
Clarion, PA 16214

Ohio Valley Flooring
 acct: 115297724
5555 Murray Ave.
Cincinnati, OH 45227