UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division: | HOUSTON | Main Case Number: | 09-37209(MI) |
|---|---|---|---|
| Debtor(s) | In Re: | PS AMERICA, INC. | |

This lawyer, who is admitted to the State Bar of _____NEW YORK_____:

| Name, Firm, Street, City & Zip Code, Telephone, Licensed State & Number: | MARIANNA UDEM<br>LOWENSTEIN SANDLER, PC<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br>212-262-6700<br>NY4543245 |
|---|---|

Seeks to appear as the attorney for this party:

| OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
|---|
| Dated: 10/19/09    Signed: [signature] |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:    Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                     United States Bankruptcy Judge